■ In the Matter of EON SHEPHERD, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [913 NYS2d 631]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered July 23, 2010) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Centra, J.P., Lindley, Sconiers, Green and Gorski, JJ.